## Marshall *vs* Anderson.

### APPEAL FROM THE BRACKEN CIRCUIT.

*Parties in Chancery. Dower. Damages. Seizen. Costs.*

*April 21.*

JUDGE EWING delivered the Opinion of the Court.

Bill for dower in land, aliened by the husband in several parcels, may be against all the alienees.

As the husband of the complainant was seized of the *entire* tract, during coverture, she may rightfully join in the suit for dower all those who have derived title to, and are in the occupancy of the same, though their titles were derived by separate and distinct purchases.

But it was improper to decree against Marshall, who claimed title to a part only, the whole costs.

Costs in such case should be against all.

It was also error to decree in favor of the complainant below, rents or damages, as her husband did not *die seized*, but had parted with his title and seizen in his lifetime, and in such a state of case damages are not recoverable

at law, and ought not to be decreed in equity: 2 *Bac.*
*Ab.* title, dower, 149, &c.; 2 *John. Rep.* 119; 5 *Mon.*
282, *Kendall* vs *Honey;* 2 *J. J. Marshall,* 240; 6 *J. J.*
*Marshall,* 589, *Waters* vs *Gooch.*

But Marshall has no just ground of complaint as to the
decree in his favor, over against his warrantor, Anderson.
It must, according to any estimate which could be right-
fully made, be enough in all conscience, if not too much.
Nor has he any legal right to complain of the decree for
dower, in favor of the complainant below.

Decree affirmed, as to the allotment of dower, and re-
versed, as to the damages or rents assessed in favor of the
complainant against Marshall, also as to the costs below,
and the case is remanded that a joint decree for costs may
be rendered against Marshall and the Blacks.   No decree
for costs, in this Court, will be given in favor of either
party, as there is a partial reversal only.

*W. C. Marshall* for appellant: *Payne & Waller for*
appellee.

Damages for de-<br>tention of dower,<br>not recoverable<br>where the hus-<br>band aliened in<br>his lifetime—no<br>cost decreed in<br>this Court, as the<br>reversal is only<br>partial.